AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00106 |
| Barton Wade Shively | ) | Assigned to: Judge Faruqui, Zia M. |
| | ) | Assign Date: 1/18/2021 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2 | - Aiding and Abetting |
| 18 U.S.C. § 231(a)(3) | - Civil Disorder |
| 18 U.S.C. § 111(a)(1) and (2) | - Forcibly assault, resist, oppose, impede, intimidate, or interfere with any officer or employee of the United States or of any agency in any branch of the United States Government while engaged in or on account of the performance of official duties |
| 18 U.S.C. § 1752(a)(1), (2), and (4) | - Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2)(D)(E) and (F) | - Violent Entry, Obstruct or Impede Passage, Engage in Physical Violence on Grounds or any of the Capitol Buildings |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Heather M. Ritter,   FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: __01/18/2021__

2021.01.18 12:18:23 -05'00'

_____
Judge's signature

City and state:   Washington, DC        Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*