AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Barton Wade Shively | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Barton Wade Shively,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2 - Aiding and Abetting
18 U.S.C. § 231(a)(3) - Civil Disorder
18 U.S.C. § 111(a)(1) and (2) - Forcibly assault, resist, oppose, impede, intimidate, or interfere with any officer or employee of the United States or of any agency in any branch of the United States Government while engaged in or on account of the performance of official duties

18 U.S.C. § 1752(a)(1), (2), and (4)- Restricted Building or Grounds

40 U.S.C. § 5104(e)(2)(D)(E) and (F)- Violent Entry, Obstruct or Impede Passage, Engage in Physical Violence on Grounds or any of the Capitol Buildings

Date: 01/18/2021

2021.01.18 12:19:58 -05'00'

*Issuing officer's signature*

City and state: Washington, DC     Zia M. Faruqui  United States Magistrate Judge

*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/19/21, and the person was arrested on *(date)* 1/19/21
at *(city and state)* Harrisburg, PA.

Date: 1/19/21

S Love #5919

*Arresting officer's signature*

*Printed name and title*