# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 1:21-cr-00151 (CKK)** |
| v. | : | |
| | : | |
| **BARTON WADE SHIVELY,** | : | |
| | : | |
| | : | |
| **Defendant** | : | |

## NOTICE OF APPEARANCE

Please enter the appearance of undersigned counsel as counsel on behalf of the defendant, Barton Wade Shively, in the above-captioned case, as of March 2, 2022, pursuant to CJA appointment. Counsel has been informed by the Office of the Federal Public Defender of approval of the financial affidavit and counsel's appointment. Counsel will communicate with predecessor counsel to obtain Mr. Shively's contact information and the case file, will communicate with Mr. Shively, and will docket the June 7, 2022 1:30 p.m. VTC Status Hearing on counsel's professional calendar.

Respectfully Submitted,

/s/ EDWARD J. UNGVARSKY
Edward J. Ungvarsky
Ungvarsky Law, PLLC
114 North Alfred Street
Alexandria, VA 22314
Counsel for Barton Wade Shively
Office - 571 207 9710
Cellular – 202 409 2084
ed@ungvarskylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served ECF to the government and all registered recipients on this 2nd day of March, 2022.

/s/ EDWARD J. UNGVARSKY

Edward Ungvarsky

Edward Ungvarsky