UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 21-CR-151 (CKK) |
| BARTON SHIVELY | : | |

### ORDER

Having considered the consent motion to modify conditions of release, for good cause shown, the Court hereby GRANTS the motion to modify and REMOVES the pretrial release conditions of Location Monitoring/Electronic Monitoring.

SO ORDERED.

_____
Hon. Colleen Kollar-Kotelly
U.S. District Court Judge

April 29, 2022