## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

          v.            :      **21-CR-151-CKK**

BARTON SHIVELY         :

### DEFENDANT'S SECOND SUPPLEMENT TO POSITION WITH RESPECT TO SENTENCING

Mr. Barton Shively, through counsel, respectfully files this Second Supplement to his Memorandum in Aid of Sentencing. Mr. Shively attaches a letter received earlier today from a friend and neighbor of Mr. Shively.

Respectfully submitted,

BARTON SHIVELY
By Counsel

_____/s/_____
Edward J. Ungvarsky, Esquire
DC Bar No. 45934
Ungvarsky Law, P.L.L.C.
421 King Street, Suite 505
Alexandria, Virginia 22314
Desk: 571/207-9710
Cell: 202/409-2084
Fax: 571/777-9933
ed@ungvarskylaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2023, I electronically filed a true copy of the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all parties.

1

_____/s/_____
Edward J. Ungvarsky, Esquire
DC Bar No. 45934
Ungvarsky Law, P.L.L.C.
421 King Street, Suite 505
Alexandria, Virginia 22314
Desk: 571/207-9710
Cell: 202/409-2084
Fax: 571/777-9933
ed@ungvarskylaw.com