February 2, 2023

Dear Judge Kollar-Kotelly,

I am writing in regards to Bart Shively's Go Fund Me account. The money gathered is intended to help rebuild Bart's life when he is released from prison. It will help to pay off expenses that have come about due to his incarceration and not being able to work.

Out of respect for his being a veteran, I think it is even more important for him to have the ability to find good housing and work opportunities upon his release, and he will need to have these funds to help.

Sincerely,

*Jennifer Brown*

Jennifer Brown