**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | | |
| **v.** | **:** | **21-CR-151-JMC** |
| | | |
| **BARTON SHIVELY** | **:** | |

## MOTION TO CONTINUE SENTENCING HEARING

Mr. Barton Shively, through undersigned counsel, respectfully moves to continue the sentencing hearing. Mr. Shively is currently undergoing daily afternoon radiation treatment for his cancer. He moves to re-schedule his sentencing hearing after the conclusion of this round of treatment. Defense counsel has emailed the government with the basis of this motion and with available dates, together with a request for the government's position on the motion. The government has not yet been able to reply with its position and dates.

Defense counsel is available on the following days for a re-scheduled sentencing hearing, and counsel will provide an update as to Mr. Shively's medical treatment plan prior to that date:

May 29, 30, 31 (full days)
June 1 (afternoon only)
June 2 (afternoon only)
June 5, 6, 7 (fully days)

WHEREFORE, Mr. Shively respectfully moves the Court to continue his sentencing hearing in this matter. A proposed order is attached.

/s/ EDWARD J. UNGVARSKY
EDWARD J. UNGVARSKY
Ungvarsky Law, PLLC
421 King Street, Suite 505
Alexandria, VA 22314
Office: (571) 207-9710

Cell: (202) 409-2084
Fax: (571) 777-9933
ed@ungvarskylaw.com

Counsel for Barton Shively