UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | :   21-CR-151-JMC |
| **BARTON SHIVELY** | : |

### SUPPLEMENT TO MOTION TO CONTINUE SENTENCING HEARING

Mr. Barton Shively, through undersigned counsel, respectfully supplements his motion ves to continue the sentencing hearing. The government advises that it does not object to the motion and provides the following available dates: "May 31 afternoon & June 1 (afternoon) & June 2 (afternoon) & June 5 (afternoon), & June 7 (afternoon) are good with the government."

/s/ EDWARD J. UNGVARSKY
EDWARD J. UNGVARSKY
Ungvarsky Law, PLLC
421 King Street, Suite 505
Alexandria, VA 22314
Office: (571) 207-9710
Cell: (202) 409-2084
Fax: (571) 777-9933
ed@ungvarskylaw.com

Counsel for Barton Shively